# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RAJVINDER S. DHALIWAL, | Case No. 1:18-cv-00219-SAB |
|---|---|
| Plaintiff, | ORDER DIRECTING OFFICE OF THE CLERK TO ISSUE SUMMONSES AND NEW CASE DOCUMENTS |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On February 13, 2018, Plaintiff Rajvinder S. Dhaliwal ("Plaintiff") filed a complaint seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying an application for disability benefits pursuant to the Social Security Act along with an application to proceed in forma pauperis.

On February 14, 2018, an order issued denying Plaintiff's application to proceed in forma pauperis in this action without prejudice. Plaintiff was ordered to either file a long form application to proceed without prepayment of fees or pay the filing fee. On February 21, 2018, Plaintiff paid the filing fee.

As Plaintiff has now paid the filing fee, the Office of the Clerk is directed to issue the summonses and new case documents in this matter. Plaintiff is directed to paragraph 1 of the scheduling order to be issued in this action, which provides that the summons and complaint

shall be served **within 20 days of the filing of the complaint.** Plaintiff shall promptly file proof of service with the Court upon completion of service.

IT IS SO ORDERED.

Dated: **February 22, 2018**

_____
UNITED STATES MAGISTRATE JUDGE