# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJVINDER S. DHALIWAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:18-cv-00219-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF<br><br>(ECF No. 13) |

On October 12, 2018, Plaintiff filed a stipulation for an extension of time to file Plaintiff's opening brief. (ECF No. 13.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an opening brief on or before October 17, 2018;

2. Defendant shall file a response to Plaintiff's opening brief on or before November 16, 2018; and

3. Plaintiff's reply, if any, shall be filed on or before December 3, 2018.

IT IS SO ORDERED.

Dated: __**October 12, 2018**__　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1