# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJVINDER S. DHALIWAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:18-cv-00219-SAB<br><br>ORDER RE STIPULATION FOR AWARD OF ATTORNEY FEES AND EXPENSES<br><br>(ECF No. 21) |

Plaintiff's appeal of the final decision of the Commissioner of Social Security was granted in part and remanded to the Commissioner on January 11, 2019. (ECF Nos. 19, 20.) On February 14, 2019, the parties filed a stipulation for the award of attorney fees and expenses pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), and costs pursuant to 28 U.S.C. § 1920. (ECF No. 21.)

Accordingly, IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties, Plaintiff is awarded attorney fees and expenses pursuant to the EAJA in the amount of $3,200.00, and costs pursuant to 28 U.S.C. § 1920 in the amount of $400.00.

IT IS SO ORDERED.

Dated: **February 14, 2019**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE